

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-13-00003-CR

REYNALDO REYES, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 242nd District Court
Hale County, Texas
Trial Court No. A19242-1209, Honorable Edward Lee Self, Presiding

MAY 10, 2013

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Reynaldo Reyes appeals his conviction of burglary of a habitation. He pled guilty to the offense and was sentenced by a jury to twelve years confinement and a fine of $2000.

Appellant's appointed counsel has filed a motion to withdraw, together with an *Anders*[1] brief, wherein he certified that, after diligently searching the record, he has concluded that appellant's appeal is without merit. Along with his brief, he has provided

---

[1] *See Anders v. California*, 386 U.S. 738, 744-45, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

a copy of a letter sent to appellant informing him of counsel's belief that there was no reversible error and of appellant's right to file a response *pro se.* By letter dated April 5, 2013, this court notified appellant of his right to file his own brief or response by May 6, 2013, if he wished to do so. To date, no response has been filed.

In compliance with the principles enunciated in *Anders*, appellate counsel discussed potential areas for appeal, which included the guilty plea, the sufficiency of the evidence, the range of punishment, and the jury charge. However, he has explained why the issues are without merit. In addition, we conducted our own review of the record to assess the accuracy of appellate counsel's conclusions and to uncover any arguable error pursuant to *Stafford v. State*, 813 S.W.2d 508 (Tex. Crim. App. 1991) and have found none.

Accordingly, the motion to withdraw is granted, and the judgment is affirmed.


Brian Quinn
Chief Justice

Do not publish.